UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS KUTTERER,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLPATH, et al.,<br><br>    Defendants. | No. 2:24-cv-03385-DAD-CSK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S COMPLAINT<br><br>(Doc. No. 6) |

Plaintiff Marcus Kutterer is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 24, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's complaint be dismissed without leave to amend. (Doc. No. 6 at 5.) Specifically, the magistrate judge observed that "[i]t is obvious from the face of the complaint that plaintiff did not exhaust his administrative remedies prior to bringing this action because he concedes that he did not." (*Id*. at 3.) Accordingly, the magistrate judge concluded that "it would be futile to grant plaintiff leave to amend." (*Id.* at 5.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

1

5–6.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 24, 2025 (Doc. No. 6) are ADOPTED in full;
2. Plaintiff's complaint (Doc. No. 1) is DISMISSED, without leave to amend; and
3. The Clerk of the Court is directed to CLOSE this case. Plaintiff may file a new complaint in a new civil rights action once he has exhausted his administrative remedies.

IT IS SO ORDERED.

Dated:   **October 1, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] On April 1, 2025, the court received a notice from the Solano County Sheriff's Office that plaintiff was no longer in custody as of February 21, 2025. (Doc. No. 8.) On April 21, 2025, the service copy of the magistrate judge's findings and recommendations dated March 24, 2025 was returned to the court marked as "Undeliverable, Unable to forward, no such number, not in custody." Thus, plaintiff was required to file a notice of his change of address with the court no later than May 30, 2025. To date, plaintiff has not filed a notice of his change of address or otherwise communicated with the court. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.